IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| **ASHLEY BELEW** | **PLAINTIFF/COUNTER-DEFENDANT** |
| v. | CASE NO. 2:20-CV-00232-BSM |
| **CLARA BARNES** | **DEFENDANT/COUNTER-CLAIMANT** |
| **CLARA BARNES** | **THIRD PARTY-PLAINTIFF** |
| v. | |
| **SHARRON BELEW** | **THIRD PARTY-DEFENDANT** |

## ORDER

The parties have filed a joint stipulation of dismissal. Doc. No. 60. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Ashley Belew's amended complaint [Doc. No. 21] against Clara Barnes, and Barnes's counterclaim [Doc. No. 48], are dismissed with prejudice. Barnes's third-party complaint against Sharron Belew [Doc. No. 47] is dismissed without prejudice. The parties will each bear their own attorneys' fees and costs.

IT IS SO ORDERED this 3rd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE